# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE: **ELIEZER ORTIZ EGEA** xxx–xx–6306 Debtor(s) | Case No. **15–05331 MCF** Chapter **13** FILED & ENTERED ON 9/5/19 |

*ORDER*

The motion filed by Trustee for income tax returns (docket #32) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, September 5, 2019 .

*Mildred Cabán*
Mildred Caban Flores
United States Bankruptcy Judge