IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ELIEZER ORTIZ EGEA<br><br>DEBTOR | CASE NO 15-05331 MCF<br><br>CHAPTER 13 |

**DEBTOR'S INFORMATIVE MOTION AND
IN COMPLIANCE WITH *ORDER* DOCKET NO. 33**

**TO THE HONORABLE COURT:**

**COMES NOW, ELIEZER ORTIZ EGEA,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

**1.** The Chapter 13 Trustee filed a *Trustee's Motion for Income Tax Returns*, Docket No. 32, requesting the Court to Order the Debtor to provide copy of the Debtor's 2015, 2016 and 2017 tax returns.

**2.** On September 05, 2019, the Court entered an *Order*, Docket No. 33, granting the Chapter 13 Trustee's motion for tax returns, Docket No. 32, in the above captioned case.

**3.** The Debtor hereby informs this Honorable Court that on August 27, 2019, the Debtor sent to the Trustee (uploaded to the trustee's system) a copy of the Debtor's 2015, 2016 and 2017 tax returns.

**4.** Based on the above stated, the Debtor respectfully requests that this Honorable Court be informed of the aforegoing and grant the present motion in compliance with this Court's *ORDER*, Docket No. 33, in the above captioned case.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with this Court's *ORDER*, Docket No. 33, in the above captioned case.

Page -2-
Informative Motion & Comply ORDER
Case no. 15-05331/MCF13

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq., and to all CM/ECF participants; I also certify that a copy of this motion was sent via US Mail to the Debtor Eliezer Ortiz Egea, PO Box 9796 Caguas PR 00726.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 18th day of October, 2019.

*/s/ Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfc@rfigueroalaw.com